CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY )
)
)
)
vs            Plaintiff     )    Civil Action No._____
)
DIRK KEMPTHORNE, et al.       )
)
)
Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Center For Biological Diversity__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 494948
BAR IDENTIFICATION NO.

Erin M. Tobin
Print Name

1601 Connecticut Ave., N.W., Suite 700
Address

Washington, D.C. 20009
City        State        Zip Code

(202) 588-5206
Phone Number