UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**DIRK KEMPTHORNE**, et al.,<br><br>Defendants. | Civ. Action No. 06-02119 (RCL) |

**PROOF OF SERVICE**

I, Erin M. Tobin, hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on December 14, 2006;

2. The U.S. Attorney General was served by certified mail on December 20, 2006;

3. Dirk Kempthorne, Secretary of the United States Department of the Interior, was served by certified mail on December 18, 2006;

4. H. Dale Hall, Director of the United States Fish and Wildlife Service, was served by certified mail on December 18, 2006.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,


        _____/s/   Erin M. Tobin_____
        Erin M. Tobin
        (D.C. Bar No. 494948)
        Meyer Glitzenstein & Crystal
        1601 Connecticut Ave. N.W., Suite 700
        Washington, D.C. 20009
        (202) 588-5206
        (202) 588-5049 fax

Date:   December 28, 2006        Attorney for Plaintiff

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): [signature]
- B. Date of Delivery: DEC 20 2006
- C. Signature: X [signature] — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 0476

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dirk Kempthorne
   Secretary
   Department of the Interior
   1849 C Street, NW
   Washington, DC  20240

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): Maurel
- B. Date of Delivery: 12.18.06
- C. Signature: X [signature] — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 0469

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   H. Dale Hall
   Director
   U.S. Fish and Wildlife Service
   1849 C Street, NW
   Washington, DC  20240

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): A Giles
- B. Date of Delivery: 12/18/06
- C. Signature: X [signature] — ☒ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 0483

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

Gary Nails    Doc. Clark