UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DIRK KEMPTHORNE, <u>et al.</u>,** ) <br> ) <br> ) <br> **Defendants.** ) | Civ. Action No. 06-02119 (RCL) |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff Center for Biological Diversity respectfully moves for an extension of time up to and including April 26, 2007 to file an Opposition to Defendant's Motion to Dismiss. Plaintiff's motion also requests that defendant's reply brief be due on May 8, 2007. Under Local Rule 7(b) and Rule 6(e) of the Federal Rules of Civil Procedure, plaintiff is currently required to file an opposition to defendant's motion on or before April 12, 2007. On April 2, 2007, plaintiff's counsel contacted counsel for defendant, who represented that defendant does not oppose this motion.

In further support of this motion, plaintiff states as follows:

Plaintiff's counsel have been diligently working on an Opposition to Defendant's Motion to Dismiss. However, as a result of competing work demands, plaintiff's counsel will not be able to finalize their opposition papers by April 12, 2007. These demands include a brief due in the New Jersey Supreme Court on April 18, 2007, and the fact that one of plaintiff's counsel will be traveling the week beginning April 2, 2007.

Accordingly, plaintiff respectfully requests that the Court extend the deadline for the filing of plaintiff's Opposition to Defendant's Motion to Dismiss up to and including April 26, 2007.

A proposed order granting the relief requested herein is attached.

                    Respectfully submitted,

                    /s/   Erin M. Tobin
                    Erin M. Tobin
                    (D.C. Bar No. 494948)
                    Meyer Glitzenstein & Crystal
                    1601 Connecticut Ave. N.W., Suite 700
                    Washington, D.C. 20009
                    (202) 588-5206
                    (202) 588-5049 fax

Date:   April 2, 2007                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that Plaintiff's First Unopposed Motion for an Extension of Time in Which to File an Opposition to Defendant's Motion to Dismiss was served on counsel for defendant on April 2, 2007 by filing the motion on the Court's electronic filing system.

                              /s/ Erin M. Tobin
                              _____
                              ERIN M. TOBIN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE, <u>et al.</u>,** )<br>)<br>)<br>**Defendants.** ) | Civ. Action No. 06-02119 (RCL) |

**(PROPOSED) ORDER GRANTING PLAINTIFF'S FIRST UNOPPOSED
MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to File An Opposition to Defendant's Motion to Dismiss, and for good cause shown, it is by the Court,

ORDERED that plaintiff's motion shall be and is hereby granted, and, thus, plaintiff shall have up to and including April 26, 2007 to file its Opposition to Defendant's Motion to Dismiss, and defendants must file a reply brief on or before May 8, 2007;

SO ORDERED.

Dated this __ day of April 2007    _____
                                    Royce C. Lamberth
                                    United States District Court Judge

<u>Copies of this Order to:</u>

Robert Gulley
Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369