UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-02119 (RCL) |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S FIRST UNOPPOSED
MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of plaintiff's unopposed motion [8] for an extension of time to file an opposition to defendants' motion to dismiss, and for good cause shown, it is hereby

ORDERED that plaintiff's motion [8] is GRANTED; and it is further

ORDERED that plaintiff shall have up to and including April 26, 2007, to file its opposition to defendants' motion to dismiss, and that defendants shall file their reply brief on or before May 8, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.