## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civ. Action No. 06-02119 (RCL)** |
| **DIRK KEMPTHORNE, <u>et</u> <u>al.</u>,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

### JOINT RULE 16.3 REPORT

Pursuant to the Court's April 3, 2007 Order, the parties represent that they have conferred and submit the following joint report to the Court.

### <u>The Parties Claims and Defenses</u>

Plaintiff filed this action pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2) to compel the Secretary of the Department of Interior, and the Director of U.S. Fish and Wildlife Service ("FWS" or "Service"), to answer a Rulemaking Petition submitted by plaintiff Center for Biological Diversity ("Center") on March 29, 2004. Plaintiff's Petition requested three specific amendments to the regulations governing the reintroduction of Mexican wolves in the southwestern United States, under Section 10(j) of the federal Endangered Species Act, 16 U.S.C. § 1531, <u>et</u> <u>seq.</u> The Mexican wolf is a critically imperilled species listed as endangered under the Act. The issue is whether the Service has "unreasonably delayed" making a final decision on Plaintiff's Rulemaking Petition, which was filed with the agency over three years ago.

It is Defendants' position that a letter sent by the Acting Regional Director of the Service's Southwest Regional Office to the Center on February 8, 2007 provides an answer to Plaintiff's Petition and, hence, that this case is moot, because the letter informs Plaintiff of the actions the agency intends to undertake with respect to the Mexican wolf.   It is plaintiff's view that the February 8, 2007 letter does not make a final decision whether to grant or deny the Center's Rulemaking Petition as to the specific regulatory amendments sought therein, and that the case therefore is not moot.  This matter is currently being briefed and is scheduled to be submitted to the Court on May 8, 2007.

### Rule 16.3 Responses

1.      The parties agree that the case is likely to be disposed of by dispositive motion.

2.      The parties do not anticipate the joinder of any additional parties.  If the case is not dismissed, the parties agree that the facts of the case will be based upon an Administrative Record provided by the Defendants.  The parties do not anticipate the amendment of pleadings.  However, if at any point during the case, Defendants provide Plaintiff a judicially-reviewable final decision on its March 29, 2004 Rulemaking Petition, Plaintiff reserves the right to amend its Complaint to challenge any part of that decision as arbitrary and capricious under the APA.

3.      The parties agree that the case should not be assigned to a magistrate judge.

4.      The parties have unsuccessfully attempted to informally resolve this case.  Accordingly, there does not appear to be a realistic possibility of settling the case at this time.

5.      The parties believe that the case will not benefit from ADR.

6.      The parties agree that if the case is not dismissed, it will be resolved by summary judgment motions.  In that event, the parties propose the following briefing schedule:

| | | |
|---|---|---|
| a. | June 29, 2007 | Filing of Defendants' Administrative Record |
| b. | August 3, 2007 | Filing of Plaintiff's Motion for Summary Judgment |
| c. | September 4, 2007 | Filing of Defendants' Opposition to Plaintiff's Motion for Summary Judgment |
| d. | September 18, 2007 | Filing of Plaintiff's Reply in Support of its Motion for Summary Judgment |

This schedule provides the parties additional time in which to resolve any potential disputes about the completeness of the Administrative Record, should they arise.

7-13.   These aspects of Local Rule 16.3(c) do not apply to this case.

Along with this report, the parties are submitting a Proposed Scheduling Order.

Respectfully submitted,


_____/s/ Erin M. Tobin_____

Erin M. Tobin
(D.C. Bar 494948)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., Suite 700
Washington, D.C. 20009
202-588-5206 (ph)
202-588-5049 (fax)
erintobin@meyerglitz.com

Attorney for Plaintiff

Dated: April 24, 2007


_____/s/ Robert L. Gulley_____

Robert L. Gulley
Senior Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
202-305-0500 (ph)
202-305-0275 (fax)
robert.gulley@usdoj.gov

Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **Civ. Action No. 06-02119 (RCL)** |
| **DIRK KEMPTHORNE, <u>et al.</u>,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**[PROPOSED] SCHEDULING ORDER**

In consideration of the Joint Rule 16.3 Report filed by the parties, the Court hereby sets

the following briefing schedule: Defendants' Administrative Record is due on June 29, 2007;

Plaintiff's Motion for Summary Judgment is due on August 3, 2007; Defendants' Opposition to

Plaintiff's Motion for Summary Judgment is due on September 4, 2007; and Plaintiff's Reply in

Support of its Motion for Summary Judgment is due on September 18, 2007.


Date: _____          _____

                                            U.S. District Judge Royce C. Lamberth