UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06-02119 (RCL) |

## SCHEDULING ORDER

Upon consideration of the Joint Rule 16.3 Report filed by the parties, the Court hereby sets the following briefing schedule for this case: Defendants' Administrative Record is due on June 29, 2007; Plaintiff's Motion for Summary Judgment is due on August 3, 2007' Defendants' Opposition to Plaintiff's Motion for Summary Judgment is due on September 4, 2007; and Plaintiff's Reply in Support of its Motion for Summary Judgment is due on September 18, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.