UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-2119 (RCL) |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Notice is hereby provided to the Court and the plaintiff that, on June 26, 2007, Defendant filed with this Court the administrative record in the above captioned matter. Pursuant to Local Civil Rule 5.4(e)(1)(A), the administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. Instead, Defendants file with the Court today an original and one copy of the United States Fish and Wildlife Service's administrative record, certification of the administrative record, and index to the administrative record – the original for filing, and the copy for Judge Lambreth's chambers. The index of documents identifies one document that is withheld as privileged. Copies of this administrative record are also being provided today to Plaintiff's counsel.

Respectfully submitted this 26th day of June, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

LISA RUSSELL

    Assistant Section Chief

    /s Robert L. Gulley
    _____

    ROBERT L. GULLEY
    Senior Trial Attorney
    Wildlife & Marine Resources Section
    Benjamin Franklin Station, P.O. Box 7369
    Washington, DC 20044-7369
    (202) 305-0500 (ph)
    (202) 305-0275 (fx)
    robert.gulley@usdoj.gov

    *Attorneys for Defendant*


## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing will be e-filed on June 26, 2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

            *s/ Robert L. Gulley*