UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,   )<br>   )<br>Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DIRK KEMPTHORNE, *et al.*,   )<br>   )<br>Defendants.   )<br>   )<br>   ) | Civil No. 06-2119 (RCL)<br>[EXPEDITED<br>CONSIDERATION<br>REQUESTED] |

**DEFENDANTS'
MOTION TO STAY BRIEFING**

For the reasons stated below, Federal Defendants, Secretary of the United States Department of the Interior Dirk Kempthorne, and Director of the United States Fish and Wildlife Service H. Dale Hall (collectively "FWS" or "Service"), request the Court to stay briefing of cross-motions for summary judgment in this case until the Court has ruled on Defendants' Motion to Dismiss Plaintiff's claims.

On December 14, 2006, Plaintiff filed its Complaint alleging that the Defendants had unreasonably delayed in granting or denying a rulemaking petition filed by Plaintiff. On March 29, Defendants filed their motion to dismiss Plaintiffs' complaint as moot. Dkt. 7. That motion was fully briefed and presented to the Court for decision on May 8, 2007. *See* Dkt. 14.

On May 2, 2007, this Court issued a scheduling order requiring Defendants to file the administrative record for the case on June 29, 2007 and for briefing on cross-motions for summary judgment to commence on August 3, 2007. Dkt. 13. On June 26, 2007, Defendants filed the administrative record for this matter. Dkt. 14. On July 10, 2007, Plaintiffs filed an

Expedited Motion To Compel The Complete Administrative Record. Dkt. 17. Unless the relief sought herein, Defendants will oppose that motion.

Defendants seek to stay the briefing on the cross-motions and Plaintiff's motion regarding the administrative record to allow for resolution of the motion to dismiss. Because the Motion to Dismiss relates to this Court's jurisdiction to hear Plaintiff's case, it should be addressed before the merits are addressed through cross-motions for summary judgment. *See Lance v. Coffman*, 127 S. Ct. 1194, 1196 (2007) ("Federal courts must determine that they have jurisdiction before proceeding to the merits.") (*citing Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94-95 (1998)). Moreover, because Defendants' motion to dismiss, if granted, will be dispositive of Plaintiff's case, staying briefing on summary judgment and the scope of the administrative record will prevent placing an unnecessary burden on the Court's and the parties' time and resources.

Plaintiff opposes this motion.

Respectfully submitted this 10th day of July, 2007.

        RONALD J. TENPAS
        Acting Assistant Attorney General

        LISA RUSSELL
        Assistant Section Chief

        /s /Robert L. Gulley
        ―――――――――――――――
        ROBERT L. GULLEY
        Senior Trial Attorney
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        (202) 305-0500 (ph)
        (202) 305-0275 (fx)
        robert.gulley@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing will be e-filed on July 10, 2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                                */s/ Robert Gulley*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No. 06-2119 (RCL) <br><br> [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING** |

This matter having come before the Court on the Defendants' Motion to Stay Briefing, it is hereby **ORDERED** that the motion is **GRANTED**. Filing of cross-motions for summary judgment and briefing of Plaintiff's Motion to Compel The Complete Administrative Record is **STAYED** pending the Court's issuance of an order on Defendants' pending Motion To Dismiss.

**IT IS SO ORDERED**,

_____        _____
Dated                                                          Royce C. Lamberth
                                                                    United States District Judge