# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-2119 (RCL) |
| | ) | |
| DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Notice is hereby provided to the Court and the plaintiff that, on July 17, 2007, Defendants filed with this Court an amended administrative record in the above captioned matter.  Pursuant to Local Civil Rule 5.4(e)(1)(A), the amended administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages.  Instead, Defendants file with the Court today two electronic copies of the amended record and amended index to the administrative record – one for filing, and the other copy for Judge Lamberth's chambers.  The original administrative record has amended to include additional progress reports which were inadvertently omitted in the original record.  In addition, the pages of the record have been Bates stamped to assist the Court in its review.  A copy of the amended administrative record is being provided today to Plaintiff's counsel by overnight mail.

Respectfully submitted this 17th day of July, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

LISA RUSSELL
Assistant Section Chief

/s Robert L. Gulley
_____

ROBERT L. GULLEY
Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0500 (ph)
(202) 305-0275 (fx)
robert.gulley@usdoj.gov

**_Attorneys for Defendant_**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on July 17,

2007, and will be automatically served upon counsel of record, all of whom appear to be

subscribed to receive notice from the ECF system.


_s/ Robert L. Gulley_____