UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2119 (RCL) |
| ) | |
| **DIRK KEMPTHORNE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING**

This matter having come before the Court on defendants' Motion [18] to Stay Briefing, it is hereby

ORDERED that the motion [18] is GRANTED. Filing of cross-motions for summary judgment and briefing of plaintiff's Motion [17] to Compel the Complete Administrative Record is stayed pending the Court's issuance of an order on defendants' pending Motion [7] to Dismiss.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2007.