UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2119 (RCL) |
| DIRK KEMPTHORNE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on defendants' Motion [7] to Dismiss plaintiff's complaint. Upon consideration of defendants' motion, plaintiff's opposition thereto, defendants' reply, the applicable law, and the entire record herein, it is hereby

ORDERED that defendants' Motion [7] to Dismiss is GRANTED; it is further

ORDERED that plaintiff's complaint for declaratory and injunctive relief is DISMISSED with prejudice; and it is further

ORDERED that plaintiff's Motion [17] to Compel is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 6, 2007.